IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 17-18232 |
|---|---|---|---|
| April Woodard | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Deborah L. Thorne |

### NOTICE OF MOTION

**To:**   April Woodard, 6428 S. Langley #2, Chicago, IL, 60637

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

ISAC, Attn: Bankruptcy Department, 1755 Lake Cook Road, Deerfield, IL 60015

Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **March 18, 2020 at 9:30am** I shall appear before the Honorable Judge **Deborah L. Thorne** at 219 South Dearborn St, Courtroom 613, Chicago IL 60604 and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto.

**By:**   /s/ Dale Riley
Dale Riley

### CERTIFICATE OF SERVICE

I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 2/25/2020.

**By:**   /s/Dale Riley
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960

AFNI
Bankruptcy Department
PO Box 3097
Bloomington IL 61702

ATG Credit
Attn: Bankruptcy Dept.
1700 W Cortland St Ste 2
Chicago IL 60622

Aurora Holdings

6428 S. Langley
Chicago IL 60637

Capital One Auto Finance
Bankruptcy Department
7933 Preston Rd.
Plano TX 75024

Citibank Student Loan Corp.
Bankruptcy Department
PO Box 6191
Sioux Falls SD 57117-6191

City of Chicago Bureau Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle St
Room 107
Chicago IL 60602

Comcast
Attn: Bankruptcy Dept.
5330 E. 65th St.
Indianapolis IN 46220

DirecTV
Bankruptcy Department
PO Box 78626
Phoenix AZ 85062

DTE Energy
Attn: Bankruptcy Department
PO Box 2859
Detroit MI 48260

Edfinancial Services L
Attn: Bankruptcy Dept.
120 N Seven Oaks Dr
Knoxville TN 37922

Enhanced Recovery Corp.
Bankruptcy Department
8014 Bayberry Road
Jacksonville FL 32256

Sprint
Bankruptcy Dept.
PO Box 7949
Overland Park KS 66207

AT&T
Bankruptcy Dept.
PO Box 8212
Aurora IL 60572-8212

Equifax
Attn: Bankruptcy Dept.
PO Box 740241
Atlanta GA 30374

Experian
Attn: Bankruptcy Dept.
PO Box 2002
Allen TX 75013

First Premier BANK
Attn: Bankruptcy Dept.
601 S Minnesota Ave
Sioux Falls SD 57104

Greentree
Attn: Bankruptcy Department
PO Box 3417
Escondido CA 92033

ISAC
Attn: Bankruptcy Department
1755 Lake Cook Road
Deerfield IL 60015

Keynote Consulting
Bankruptcy Department
220 W Campus Drive # 102
Arlington Heights IL 60004

Komyatte & Casbon, PC
Bankruptcy Dept.
9650 Gordon Drive
Highland IN 46322

Mercy Hospital & Medical Ctr.
Bankruptcy Department
PO Box 97171
Chicago IL 60616

NCO Financial Systems, Inc
Bankruptcy Department
507 Prudential Rd.
Horsham PA 19044

Pangea Apartments

7809 S. Essex Ave
Chicago IL 60649

Quantum3 Group
Bankrputcy Department
PO Box 788
Kirkland WA 98083

Secretary of State
Attn: Safety & Financial Resp
2701 S. Dirksen Pkwy.
Springfield IL 62723

South Shore Hospital
Attn: Bankruptcy Department
8012 S. Crandon
Chicago IL 60617

Premier Credit Corp.
Bankruptcy Dept.
4245 Brockton Dr. SE, Ste. B
Kentwood MI 49512

Transunion
Attn: Bankruptcy Dept.
PO Box 1000
Chester PA 19022

Trustmark Recovery Services
Bankruptcy Department
541 Otis Bowen Dr.
Munster IN 46321

University of Chicago Med Ctr
Bankruptcy Dept.
15965 Paysphere Circle
Chicago IL 60674

University of Chicago Phys Grp
Bankruptcy Department
75 Remittance Dr., Ste. 1385
Chicago IL 60675

US Cellular
C/O Credit Management LP
4200 International Pkwy
Carrollton TX 75007

Why Not Lease It
Bankruptcy Dept
1750 Elm St
Suite 1200
Manchester NH 03104

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 17-18232 |
| April Woodard | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Deborah L. Thorne |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Ms. April Woodard (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed her Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 06/15/2017.

3. The Debtor's plan was confirmed by the Court on 10/18/2017 with monthly plan payments of $200 and a 3% dividend to unsecured claims.

4. The Debtor's income has increased such that she is able to afford monthly plan payments of $270.

5. The plan is currently making disbursements on student loans that are in deferral and that the Debtor prefers to deal with directly outside of the plan as long-term debts.

6. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to increase the monthly plan payment to $270 and to stop disbursements for student loans. The plan will be feasible to pay unsecured claims an increased dividend of 33%.

WHEREFORE THE DEBTOR, Ms. April Woodard, respectfully requests this Honorable Court enter an order:

1. Increasing the monthly plan payment to $270.

2. Increasing the dividend to unsecured claims to 33%.

3. Stopping further disbursements for student loans.

4. Any other relief the court deems proper.


**By:**     ____/s/ Dale Riley__
Dale Riley


**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960